**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-7879**

_____

MAURICIO E. WEBER, a/k/a Mauricio Esteban Weber,

　　　　　Petitioner – Appellant,

　　v.

DIRECTOR OF ANDERSON COUNTY DETENTION CENTER,

　　　　　Respondent – Appellee,

　　and

SC ATTORNEY GENERAL; JOHN SKIPPER, JR.,

　　　　　Respondents.

_____

Appeal from the United States District Court for the District of
South Carolina, at Anderson.  G. Ross Anderson, Jr., Senior
District Judge.  (8:13-cv-02339-GRA)

_____

Submitted:  April 17, 2014　　　　　Decided:  April 21, 2014

_____

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Mauricio E. Weber, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Maurice E. Weber appeals the district court's order accepting the recommendation of the magistrate judge and dismissing without prejudice his 28 U.S.C. § 2241 (2012) petition. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(A) (2012). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2012). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the petition states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85.

We have independently reviewed the record and conclude that Weber has not made the requisite showing. Accordingly, we deny a certificate of appealability, deny leave to proceed in forma pauperis, and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately

2

presented in the materials before this court and argument would not aid the decisional process.

DISMISSED